IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

        V.                        Civil No. 06-2006
                            Criminal No. 90-20026-001

RICHARD HAREN                               DEFENDANT/MOVANT


O R D E R

On this 6th day of February 2006, there comes on for consideration the report and recommendation filed in this case on January 20, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 381). Movant has filed written objections to the report and recommendation. (Doc. 382).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 335) is DENIED AND DISMISSED WITH PREJUDICE. Further, Movant is advised to proceed in the Eighth Circuit Court of Appeals with a request for an order authorizing the filing in this Court of a second or successive §2255 motion.

IT IS SO ORDERED.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge